IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURI S. K. YOUNG, | No. C 11-02825 EJD (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff, an inmate currently incarcerated at the Pelican Bay State Prison ("PBSP"), in Crescent City, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against PBSP officials for unconstitutional acts. The Court dismissed the complaint with leave to amend because the complaint on its face violated the pleading requirements under Federal Rule of Civil Procedure 20(a)(2). (See Docket No. 14.) He was directed to file an amended complaint to correct this deficiency. However, his amended complaint is virtually identical to the original complaint, and thereby violated Rule 20(a)(2). In the interest of justice, the Court granted Plaintiff one more opportunity to file an amended complaint that complies with Rule 20(a)(2). (See Docket No. 20.) The Court advised Plaintiff that if he failed to file a second amended complaint within thirty days from the date the order is filed, *i.e.*, no later than May 2, 2012, the Court

1  would dismiss this action without prejudice.  (See id. at 4.)

2       The deadline has since passed, and Plaintiff has not filed a second amended
3  complaint.  Accordingly, this action is DISMISSED without prejudice.

4

5  DATED:   5/29/2012

        EDWARD J. DAVILA
6          United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.EJD\CR.11\02825Young_dism.wpd    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ZURI S. K. YOUNG,

        Plaintiff,

  v.

MATTHEW CATE, et al.,

        Defendants.

Case Number: CV11-02825 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/30/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Zuri S.K. Young J-03193
California State Prison - Sacramento
PO Box 290066
Represa, CA 95671

Dated: 5/30/2012

    Richard W. Wieking, Clerk
    /s/By: Elizabeth Garcia, Deputy Clerk